**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 12, 2018.**



_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| THOMAS EDWARD WYATT, | § | |
| | § | |
| DEBTOR. | § | CASE NO.: 15-50916G |

### AGREED ORDER REGARDING TRUSTEE'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. §1329(a)(1)

On this day, came on to be considered the Trustee's Motion to Modify Confirmed Chapter 13 Plan Pursuant to 11 U.S.C. §1329(a)(1). The Court finds that all required notices of the Motion and hearing thereon have been properly served; and that the parties have reached an agreement with respect to the Trustee's Motion to Modify Confirmed Chapter 13 Plan as evidenced by their signatures below. The Court taking into consideration the agreement of the parties as evidenced by their signatures is of the opinion that the following orders shall be entered:

IT IS THEREFORE ORDERED that the Debtor's plan payment shall increase to $1,100.00 beginning December 2018. The term of the plan shall not extend beyond the confirmed sixty (60) months. The dividend to the unsecured creditors shall be approximately 19%.

###

APPROVED :

_____
MARSHALL L. ARMSTRONG SBN: 24027037
STAFF ATTORNEY FOR CHAPTER 13 TRUSTEE
10500 Heritage Blvd. Ste., 201
San Antonio, Texas 78216
(210) 824-1460
Fax (210) 824-1328
marmstrong@sach13.com

_____
J. TODD MALAISE SBN: 00796984
ATTORNEY FOR DEBTOR
909 NE Loop 410; Ste 300
San Antonio, Texas 78209
(210) 732-6699
Toddm@Malaiselawfirm.com

ORDER PREPARED AND SUBMITTED BY:
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE
10500 HERITAGE BLVD; STE 201
SAN ANTONIO, TX 78216